**FILED**
July 07, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____ Joseph Hinojos
DEPUTY

AO91 (Rev. 12/03)  Criminal Complaint

# UNITED  STATES  DISTRICT  COURT

WESTERN DISTRICT OF TEXAS,      PECOS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>**V.**<br>David Lucio | **CRIMINAL COMPLAINT**<br><br>**Case Number:  PE: 26-MJ-265** |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.  On or about _____7/2/2026_____ in _____Presidio_____ County, in the _____Western District Of Texas_____ defendant(s) did,

knowing and in reckless disregard of the fact that an alien has come to, entered, and remained in the United States in violation of law, did transport, move, or attempt to transport and move such alien within the United States in furtherance of said violation of law, for the purpose of commercial advantage or private financial gain

in violation of Title _____8_____ United States Code, Section(s) _____1324(a)(1)(A)(ii) & (a)(1)(B)(i)_____

I further state that I am a(n) _____Border Patrol Agent_____ and that this complaint is based on the following facts:

Continued on the attached sheet and made a part hereof:        ☒ Yes    ☐ No

Complaint sworn to in my presence and signed electronically on this date.
FED.R.CRIM.P. 4.1(b)(2)(A)

*SEBASTIAN TORRES*
Signature of Complainant

Sebastian Torres
Printed Name of Complainant

7/7/2026
Date

at

Pecos, TX
City/State

David Fannin          U.S. Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

<u>AFFIDAVIT</u>

United States of America v.

**Defendants:**

1)  David, Lucio

On July 1, 2026, at approximately 5:21 PM, Imaging Sensor technology east of Presidio, Texas, detected two individuals emerging from the vicinity of the Rio Grande River and being picked up by a dark-colored pickup truck. The alert was received at the Presidio Border Patrol Station at approximately 10:23 PM.

Border Patrol agents initiated a search for a black pickup truck matching the description within the town of Presidio. At approximately 10:43 PM, a black pickup truck with distinctive tire rims, consistent with the alert, was located parked at the Riata Inn on the north side of town. Surveillance was established by Border Patrol agents in both marked and unmarked units at strategic locations near the Riata Inn and Desert Ridge RV Park.

On July 2, 2026, at approximately 6:00 AM, surveillance continued. At approximately 6:48 AM, two male individuals were observed exiting a hotel room, standing near the identified vehicle, and then returning to the room after smoking. Border Patrol agents requested assistance from the Presidio Police Department and the Presidio County Sheriff's Office to make contact with the occupants of the pickup truck parked in front of room #115 at the Riata Inn.

At approximately 8:30 AM, a Presidio Police Officer knocked on the room door. An adult male, later identified as David Lucio, answered. Two additional adult males were present and provided Mexican identification cards. A Supervisory Border Patrol Agent identified himself and questioned the subjects regarding their legal status in the United States. Both admitted to being in the United States illegally and to crossing the Rio Grande River unlawfully. The Supervisory Border Patrol Agent placed both subjects under arrest. Lucio was questioned and claimed he was providing them a ride. Based on the investigation, it was believed Lucio was transporting and harboring the two undocumented individuals. Lucio was also placed under arrest. All three individuals were transported to the Presidio Border Patrol Station for further investigation and processing.

At the station, a post-Miranda interview was conducted with Lucio. He admitted to being the driver, acknowledged knowing the subjects were in the United States illegally, and

stated he intended to drive them to Amarillo, Texas. Lucio further admitted he expected to be paid between $500 and $1,500 for successfully smuggling and transporting the subjects to their final destination.

I make this affidavit based on my personal knowledge and information provided by other Border Patrol Agents.

Border Patrol Agent

Sebastian Torres

Honorable Judge David B. Fannin

United States Magistrate Judge